IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV421

| | | |
|---|---|---|
| JAMES E. HUBERT, SR., | ) | |
|     Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| SONOCO PRODUCTS COMPANY, | ) | |
| *et al*, | ) | |
|     Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Having reviewed the docket in this case, it appears to the Court that the parties have failed to file a Certification and Report of Initial Attorneys' Conference as required by Local Rule 16.1(A).

**IT IS THEREFORE ORDERED** that the parties file a Certificate of Initial Attorney's Conference within twenty (20) days from the date of this order.

IT IS SO ORDERED.

Signed: March 19, 2007

Graham C. Mullen
United States District Judge