IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV421**

| | | |
|---|---|---|
| JAMES E. HUBERT, SR., | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| THE VOLUNTARY EMPLOYEES' | ) | |
| BENFICIARY ASSOCIATION OF | ) | |
| SONOCO PRODUCTS COMPANY | ) | |
| DISABILITY INCOME PLAN; | ) | |
| SONOCO PRODUCTS COMPANY; | ) | |
| and SONOCO FLEXIBLE PACKAGING | ) | |
| CO., INC., | ) | |
| Defendants. | ) | |
| | ) | |

    THIS MATTER is before the court on its own motion. Parties have filed a joint Report of Initial Attorneys Conference. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. Parties are directed to appear for this conference on **Thursday, May 3, 2007, at 11:00 a.m.**

    IT IS SO ORDERED.

Signed: April 12, 2007

Graham C. Mullen
United States District Judge