IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV421**

| | |
|---|---|
| JAMES E. HUBERT, SR.,<br>    Plaintiff,<br><br>v.<br><br>THE VOLUNTARY EMPLOYEES'<br>BENEFICIARY ASSOCIATION OF<br>SONOCO PRODUCTS COMPANY<br>DISABILITY INCOME PLAN; *et al,*<br>    Defendants. | **<u>ORDER</u>** |

  THIS MATTER is before the court on its own motion. The Initial Pretrial Conference originally scheduled for May 3, 2007 is hereby re-scheduled for **Wednesday, June 6, 2007 at 2:00 p.m.** in Chambers.

  IT IS SO ORDERED.

              Signed: May 23, 2007

              Graham C. Mullen
              United States District Judge