**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:06cv421**

| | | |
|---|---|---|
| **JAMES E. HUBERT. SR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **SONOCO PRODUCTS COMPANY**, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the parties' joint response to the Order of October 24, 2007.

The parties advise that mediation in this matter would be productive and state that mediation may be completed by November 30, 2007. As a result, they jointly request an extension of time within which to file motions for summary judgment. The Court finds that the requests should be allowed. However, the parties are notified that no further extensions of time will be granted. Thus, if the parties fail to complete mediation by the end of November 2007, they must abide by the remaining deadlines in the

case.

**IT IS, THEREFORE, ORDERED** that the parties may submit this matter to mediation and shall notify the Court of the result thereof no later than December 5, 2007.

**IT IS FURTHER ORDERED** that the deadline for filing dispositive motions is hereby **EXTENDED** to December 14, 2007. Response(s) to the motion(s) shall be filed fourteen (14) days thereafter. The parties are advised that briefs are limited to twenty-five (25) double spaced pages in size 14 type.

Signed: October 31, 2007

Martin Reidinger
United States District Judge