**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:06cv421**

| | |
|---|---|
| **JAMES E. HUBERT, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **SONOCO PRODUCTS** ) | |
| **COMPANY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the report of the parties' mediator. The report is that the case is completely settled. As a result, the Court will provide the parties with an opportunity to exchange settlement documents prior to the filing of the stipulation of dismissal or such other documents as shall close the Court file.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall file all documents necessary to close the Court file in this matter on or before December 27, 2007.

**IT IS SO ORDERED.**

Signed: December 4, 2007

Martin Reidinger
United States District Judge